IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

---

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   225th District Court of Bexar County; 2017CI16694; Marsha B. Haag, Trust vs. Seneca Insurance Company, Inc. and James Cook

2. Was jury demand made in State Court?   Yes ☒   No ☐

   If yes, by which party and on what date?

   Marsha B. Haag, Trust                                                    August 31, 2017
   Party Name                                                               Date

---

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Defendants: Seneca Insurance Company, Inc. and James Cook
   Attorneys of Record: Zelle, LLP, Jennifer L. Gibbs, Texas Bar No. 24050656, jgibbs@zelle.com;
   Walter W. Cardwell IV, Texas Bar No. 24094419, wcardwell@zelle.com;
   901 Main, Suite 4000, Dallas, Texas 75202-3975; Telephone: 214-742-3000; Facsimile: 214-760-8994

   Plaintiff: Marsha B. Haag, Trust
   Attorneys of Record: Calhoun Law Firm, W. Lee Calhoun, Texas Bar No. 24078300, lee@calhounattorney.com;
   Michelle "Shelly" Calhoun, Texas Bar No. 24068246, shelly@calhounattorney.com; 1350 North Loop 1604 E., Suite 104, San Antonio, Texas 78232; Telephone: 210-827-9779; Facsimile: 210-495-9790

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   James Cook- service has been attempted, but has been returned as undeliverable as addressed.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   N/A

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

**VERIFICATION:**

_____
Attorney for Removing Party

October 18, 2017
Date

Seneca Insurance Company, Inc. and James Cook
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)