UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARSHA B. HAAG, TRUST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 5:17-CV-1053 |
| SENECA INSURANCE COMPANY, INC. AND JAMES COOK, | § | |
| | § | |
| Defendants. | § | |

## JOINT NOTICE OF STIPULATED REMAND

Plaintiff Marsha B. Haag, Trust, and Defendants Seneca Insurance Company, Inc. and James Cook (collectively, the "Parties") hereby advise the Court that the Parties have stipulated and agreed this case shall be remanded to the 225th Judicial District Court of Bexar County, Texas.

WHEREFORE, pursuant to the Parties' stipulation and agreement, the Parties respectfully request that this case be remanded to the 225thth Judicial District Court of Bexar County, Texas.

Respectfully submitted,

**THE CALHOUN LAW FIRM**

By: */s/ William Lee Calhoun*
William "Lee" Calhoun
Texas Bar No. 24078300
lee@calhounattorney.com
Michelle "Shelly" Calhoun
Texas Bar No. 24068246
shelly@calhounattorney.com

1350 North Loop 1604, East Suite 104
San Antonio, Texas 78232
Telephone: 210-827-9779
Facsimile: 210-495-9790

**COUNSEL FOR PLAINTIFF**

— and —

**ZELLE LLP**

By: */s/ Jennifer L. Gibbs*
Jennifer L. Gibbs
Texas Bar No. 24050656
jgibbs@zelle.com
Walter W. Cardwell IV
Texas Bar No. 24094419
wcardwell@zelle.com

901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone: 214-742-3000
Facsimile: 214-760-8994

**COUNSEL FOR DEFENDANTS**