UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARSHA B. HAAG, Trust, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | No.  5:17-CV-1053-DAE |
| | § | |
| SENECA INSURANCE COMPANY, | § | |
| INC., and JAMES COOK, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On October 18, 2017, Seneca Insurance Company, Inc. ("Defendant")
removed the instant case from the 225th District Court of Bexar County, Texas, to
this Court.  (Dkt. # 1.)  On November 14, 2017, Marsha B. Haag, Trust
("Plaintiff"), filed an Opposed Motion to Remand to State Court.  (Dkt. # 3.)
Approximately one month later, on December 15, 2017, the parties filed a Joint
Notice of Stipulated Remand.  (Dkt. # 4.)  Accordingly, this case is hereby
**REMANDED** to the 225th Judicial District Court of Bexar County, Texas.
Plaintiff's Opposed Motion to Remand to State Court is **DENIED AS MOOT**
(Dkt. # 3).

1



**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, December 20, 2017.

_____

David Alan Ezra
Senior United States District Judge