# UNITED STATES DISTRICT COURT

Western District of Texas
655 East Cesar E. Chavez Blvd., Room G-65
San Antonio, Texas 78206

Jeannette J. Clack
Clerk of Court

December 20, 2017

DONNA McKINNEY
BEXAR COUNTY DISTRICT CLERK
PAUL ELIZONDO TOWER
101 W.NUEVA, SUITE 217
SAN ANTONO, TEXAS   78205-3411

I, Jeannette J. Clack, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the 225th Judicial District Court, of Bexar County Texas pursuant to an Order entered remanding, by the Honorable Judge David Alan Ezra.  Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: SA-17-CV-1053-DAE; Marsha B. Haag, Trust  vs.  SENECA Insurance Company, et.al. . IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 20th day of December, 2017.

JEANNETTE J. CLACK, CLERK

BY:

Wayne Garcia, Deputy Clerk